

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00002-CV
_____

GOLDEN VILLA NURSING AND REHAB AND
GOLDEN VILLA HEALTHCARE, LLC, Appellants

V.

FRANK WELLS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 23C266

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

The appellants have filed an unopposed motion to dismiss this appeal. Pursuant to Rule

42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P.

42.1(a)(1). Accordingly, we dismiss this appeal.


Charles van Cleef
Justice

Date Submitted:     February 18, 2025
Date Decided:       February 19, 2025